UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

RECEIVED IN CLERK'S OFFICE
OCT 5 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

**MOTION DENIED**

/s/ Kevin H. Sharp

| | |
|---|---|
| United States of America : | |
| Plaintiff, : | Case N° 3:07-00124-5 |
| vs. : | Judge Sharp |
| Anthony Labron Davis : | |
| Defendant. : | |

## MOTION TO STRIKE GOVERNMENTS RESPONSE AS TIME BARD

**NOW COMES,** Anthony Labron Davis, as Pro Se, and asks this Court to Strike the governments response in the matter of New Trial Request by the defendant, and states the following;

1. That the government had originally neglected to respond within the initial allotted time that the court required.

2. Than the government presented a motion requesting additional time, but made such a request beyond the expiration date of what the court had allowed.

3. Then on the governments motion they stipulated that they would if granted respond on the 12th of September 2011 or before. but they also neglected to comply with that date.

4. As a result the government finally responded on the 13th of September 2011. The government believes to be beyond reproach and that they can alter the Courts and defendants time limitation without having the least regard for the Courts authority.

**Wherefore,** The defendant, asks this Honorable Court to Strike both the governments request for additional time to respond and the governments respond, for failing to comply with the time limitations set forth and even with the time

Page 1 of 2