UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
NOV 15 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

ANTHONY LABRON DAVIS )
   Petitioner, )
    )
    )
v. ) Case No. 3:07-00124
    )
    )
UNITED STATES OF AMERICA )
   Plaintiff, )

/s/ Kevin H. Sharp

**MOTION FOR EXTENSION OF TIME TO FILE MOTION**
**PURSUANT TO FED. R. CIV. P. 59(e)**

**NOW COMES**, the Petitioner, ANTHONY LABRON DAVIS, as <u>Pro-Se</u>, hereby respectfully request that this Honorable Court grant sixty(60) days extension, Due to the failure of **The Clerk Of The Court**, for not sending Petitioner Government response of denial to Motion For New Trial under Federal Rule of Criminal Procedure 33 until five(5) months after being filed on 05/18/2012. Docket 246 **See Appendix 2.**

**Therefore,** Petitioner contends that good cause exists to grant an extension of sixty (60) days for the following reason:

(1)

Petitioner wish to challenge the two(2) stipulation, which was enter without petitioner consent. **See Appendix 3.**

(2)

Petitioner sent Certified Mail: 7001 2510 0003 7682 2675, dated October 09, 2012, requesting a certified copy of petitioner (Docket Sheet in case #: 3:07-cr-00124, in the on going case and a response to Motion For New Trial under Rule 33(b)(1).

(3)

Petitioner received a certified copy of docket sheet in case #:3:07-cr-00124 and the Government response to petitioner Motion for New Trial under Rule 33(b)(1) five(5) days after the Clerk of the Court mail out on 10/25/2012. which petitioner received on 10/30/2012, at Atlanta Federal Prison Camp. **See Appendix 1.**

(4)

Petitioner received certified docket sheet on 10/24/2012, showing motion for New Trial under Rule 33(b)(1) judgement enter by District Judge Kevin H. Sharp on 05/18/2012. **See Appendix 2.**

(5)

Petitioner received the Government memorandum to Motion for New Trial under Federal Rule of Criminal Procedure 33(b)(1) on 10/30/2012 five months after the

(1)